for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. James Ross* and *Mr. Timothy T. Ansberry* for petitioner. No appearance for respondent.

---

No. 802. SALT LAKE COUNTY *v.* UTAH COPPER COMPANY. March 17, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles C. Richards* for petitioner. *Mr. A. C. Ellis, Jr.,* for respondent.

---

No. 832. JOHN DOUGLAS, JR. *v.* UNITED STATES. March 17, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. George H. Rankin* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

---

No. 837. SAVANNAH CHEMICAL COMPANY *v.* W. R. GRACE & COMPANY. March 17, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. A. A. Lawrence* for petitioner. *Mr. Paul E. Seabrook* for respondent.

---

No. 843. CONRON BROS. & COMPANY *v.* FARMERS LOAN & TRUST COMPANY, TRUSTEE, ETC., ET AL. March 17, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Mark Ash* and *Mr. Edward Ash* for petitioner. *Mr. Mansfield Ferry, Mr. George S. Graham* and *Mr. George H. Richards* for respondents.